IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO LYNN FLUKER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-0327 |
| | : | |
| TRANS UNION, LLC | : | |

**ORDER**

AND NOW, this 7th day of April 2025, upon consideration of Plaintiff Antonio Lynn Fluker's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and the Prisoner Trust Fund Account Statement (ECF No. 5), it is hereby ORDERED:

1. Fluker's Motion to Proceed *In Forma Pauperis* is DENIED. The motion is denied because Fluker has on three or more prior occasions while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted. As such, Fluker is not eligible to proceed *in forma pauperis* as provided by 28 U.S.C. § 1915(g). *See Fluker v. Ally Fin., Inc.*, No. 22-12536 (Opinion and Order (ECF No. 19) E.D. Mich. Dec. 21, 2023) (dismissing case under Fed. R. Civ. P. 12(b)(6) for failure to state a claim); *Jones v. Hemingway*, No. 23-10842 (Order (ECF No. 37) E.D. Mich. Jul. 31, 2024) (dismissing case for failure to state a claim); *Fluker v. Trans Union, LLC*, No. 24-12738 (Order (ECF No. 14) E.D. Mich. Jan. 7, 2025) (adopting Magistrate Judge's recommendation to dismiss for frivolousness and failure to state a claim, under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1), and dismissing complaint). The Court having independently determined upon the filing of this case that Fluker has accumulated at least three strikes—and there being no allegation in his Complaint that Fluker is under imminent danger of serious physical injury—he may not proceed *in forma pauperis* in this case.

2.     If Fluker seeks to proceed with this case, he shall remit $405 to the Clerk of Court by **May 7, 2025**. Any money that Fluker pays toward the fees is not refundable, even if this case is dismissed. In the event Fluker pays the fees, the Clerk shall not issue summonses until so ordered.

3.     If Fluker fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.